UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**VASCHON M. VINSON,**<br><br>    **Defendant.** | **CASE NO. 2:25-mj-471**<br><br>**Magistrate Judge Jolson** |

## GOVERNMENT'S MOTION FOR STAY OF RELEASE ORDER AND FOR DETENTION PENDING TRIAL

On August 13, 2025, this defendant was charged by complaint with Making a False Statement While Attempting to Purchase a Firearm. On August 29, 2025, the defendant was arrested on a warrant on the complaint. On September 3, 2025, the Court held a detention hearing and ordered that the defendant be released on conditions of supervision with pretrial services, including electronic monitoring, home confinement and his mother acting as a third-party custodian.

The government now requests this Court to stay that Order so that the District Court may consider the defendant's detention.

Many factors weigh in favor of detention pending trial for this defendant. First, pretrial noted they have concerns for his mental health. Second, pretrial noted a concern for substance abuse. Third, the defendant has a pending felony robbery indictment in Franklin County Common Pleas Court. Fourth, the victim in the Civil Protection Order is concerned for her safety. This defendant has violated the no contact provision from that Order and requested that the victim drop the order because he wanted to obtain employment as a security guard.

On September 3, 2025, during the detention hearing, in support of his argument for release, the defendant called to the witness stand his manager at work. The government later learned that this witness has several prior felony convictions including Possession of Drugs, Forgery, and two counts of Possession of a Weapon Under Disability. This person was at one of the gun stores when the defendant attempted to purchase a firearm. This is captured on video and was admitted to by the witness in Court. It was not until after the hearing that it was discovered that the defendant's witness has multiple felony convictions making him ineligible to purchase or possess a firearm.

The United States respectfully requests a stay of the release order and that this defendant be detained pending trial.

        Respectfully submitted,

        DOMINICK S. GERACE II
        United States Attorney


        s/Timothy D. Prichard
        TIMOTHY D. PRICHARD(0059455)
        Assistant United States Attorney

## MEMORANDUM IN SUPPORT

Under the Bail Reform Act of 1984, 18 U.S.C. §§3142(g) the court must consider the nature and circumstances of the offense charged, the strength of the evidence against the defendants, the history and characteristics of the defendants, and the nature and seriousness of the danger to the community which would be posed by the defendants' release.

In the present case, the defendant presents a danger to the community for the following reasons: nature of the offense, history of substance abuse, mental health concerns.  In addition, the defendant has a pending charge of Robbery in Franklin County, and he has a history of Domestic Violence arrests.  One resulting in conviction for Criminal Endangering. While on probation for that offense, the defendant racked up four separate instances of violating his probation.

In this case, the nature and circumstances of the offense involve a defendant who is under a 5 year civil protection order stemming from his abuse of a domestic partner.  The victim in this order is in fear of the defendant. The defendant is desperately trying to obtain a firearm, going twice during the month of July to two separate Vance's gun stores, one on Cleveland Avenue and one in Obetz. While in the gun store in Obetz, he is seen handling multiple firearms, including two AR style rifles.

The Pretrial Services Office has noted that they have concerns for the defendant's mental health, and that he has substance abuse issues.

Moreover, during the detention hearing in this case, the defendant called a person with multiple felony convictions to testify on his behalf. The fact that this person has multiple felony convictions was not disclosed to the Court. This witness is the defendant's manager at his employment. He was with the defendant at the Vance's location in Obetz. During the hearing, on cross examination, the witness admitted that it was him in the surveillance photos from Vance's. The witness indicated he was not

there to purchase a firearm that day. Later, after the hearing, it was learned that this witness has multiple felony convictions. The witness was convicted of Possession of Drugs (2017), Forgery (2017), Weapons Under Disability (2016), a second Weapons Under Disability (2017).

This raises questions of this defendant's credibility, and also as to whether the defendant was attempting to purchase a firearm for the witness.

The defendant has presents a risk of harm to the community and a risk of nonappearance. Based upon these facts, the government respectfully requests that this Court stay the release order and order the defendant detained pending trial.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney


s/Timothy D. Prichard
TIMOTHY D. PRICHARD(0059455)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Tim.Prichard @usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically on September 3, 2025 on counsel for the defendant.

                                                      s/Timothy D. Prichard
                                                     TIMOTHY D. PRICHARD(0059455)