IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA**

    **vs.**                                       2:25-mj-0471

**VASHON M. VINSON**

## ORDER

At the conclusion of the detention hearing held on September 3, 2025, the undersigned established conditions of release in this matter. (ECF 16) The United States has filed a motion to stay that order. (ECF 17) The Court conferred with counsel, by telephone, regarding that request on September 4, 2025.

Defendant's counsel objects to the request to stay the release order. Because the matter is currently pending before the District Judge, however, and in order to permit the District Judge to fully consider the Government's motion, the request to stay the release order is **GRANTED.**

The Order Setting Conditions of Release (ECF 17) is **STAYED.** Defendant is **ORDERED** to remain in the custody of the United States Marshal pending resolution by the District Judge of the Government's motion (ECF 17).


September 4, 2025                                    *s/ Norah McCann King*
  Date                                               Norah McCann King
                                                    United States Magistrate Judge